October 30, 1975.

M. P. No. 74-72. APPEAL No. 74-303. THÓMAS W. HEMEN-WAY *v.* CHERYL L. HEMENWAY. In our opinion in this case, we ordered that further consideration of the petitioner's request for review should be deferred for a period of 30 days from the date of the filing of that opinion, by which date the petitioner was to furnish to this court satisfactory evidence that he had returned the children to the State of Rhode Island so that the respondent could exercise the visitation rights afforded her under the final decree of divorce entered in the Family Court. We said that upon such showing by the petitioner, we would consider the merits of his request for appellate review; otherwise the causes pending before this court would be dismissed. The petitioner having failed to comply with the above order of this court, the causes pending before this court are hereby dismissed. Roberts, C. J. and Joslin, J. not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva, Joseph R. Palumbo, Jr.,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent.

M. P. No. 75-252. PETITION OF THE RHODE ISLAND BAR ASSOCIATION. It has come to the attention of court that Aram K. Berberian has paid the required dues to the Rhode Island Bar Association. Therefore, the order of court appointing Joseph B. Carty as a master to hear and determine all questions of fact relating to the claim of Aram K. Berberian that he is indigent and unable to pay his dues is hereby vacated. Roberts, C. J. not participating. *Daniel J. Murray,* for R. I. Bar Ass'n. *Aram K. Berberian,* pro se.

M. P. No. 75-274. GERTRUDE M. JAYNE FOWLER *v.* TITLE INVESTMENT CO. OF AMERICA. Petition for writ of certiorari is denied as being moot. Roberts, C. J. not participating. *Gertrude M. Jayne Fowler,* pro se, petitioner. *John E. Martinelli,* for respondent.